**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Sheldon Dane CLARK, Defendant–**
**Appellant.**

No. 05–11899

Non–Argument Calendar.

D.C. Docket No. 04–00177–
CR–J–25–HTS.

United States Court of Appeals,
Eleventh Circuit.

June 30, 2006.

Peggy Morris Ronca, Jacksonville, FL, for Plaintiff–Appellee.

---

* Honorable Anne C. Conway, United States District Judge for the Middle District of Florida, sitting by designation.

Sheldon Dane Clark, Netallahassee, FL, pro se.

Before DUBINA, HULL and WILSON, Circuit Judges.

PER CURIAM:

Rodney G. Gregory, retained counsel for Sheldon Dane Clark in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Clark's conviction and sentence are AFFIRMED.